1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOHN A. DOSER
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00221-CDB
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER AS MODIFIED**
13 | vs. |
14 | JOHN A. DOSER, | Date:   February 7, 2023
   |                | Time:   10:00 a.m.
15 | Defendant. | Judge: Hon. Christopher D. Baker
16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for John A. Doser, that the Court may continue

20  the sentencing hearing currently scheduled for January 10, 2023, at 10:00 a.m. to February 7,

21  2023, at 10:00 a.m. before the Honorable Christopher D. Baker.

22         On December 6, 2022, Mr. Doser pled guilty to the sole count in the Information. The

23  Court thereafter continued the matter for sentencing to allow the parties time to calculate the

24  applicable range under the United States Sentencing Guidelines. The parties require additional

25  time to prepare a joint calculation, and defense counsel requires additional time to gather

26  mitigation. Accordingly, the parties request that the Court continue this matter one month to

27  February 7, 2023. No exclusion of time is necessary because Mr. Doser has entered a guilty plea.

28  / / /

**IT IS SO STIPULATED.**

                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 5, 2023        */s/ Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: January 5, 2023        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOHN A. DOSER

# O R D E R

**IT IS SO ORDERED.** The sentencing hearing scheduled for January 10, 2023, at 10:00 a.m. is hereby continued to February 7, 2023, at 10:00 a.m.

**IT IS FURTHER ORDERED** that the parties shall file prior to the sentencing hearing on February 7, 2023, joint or separate statements setting forth the respective party's identification of applicable guidelines and policy statements of the Sentencing Commission and calculation of the defendant's offense level and criminal history category.

IT IS SO ORDERED.

Dated: **January 5, 2023**

UNITED STATES MAGISTRATE JUDGE